United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| ERIC WADE, et al., | Case No. 21-cv-05811-BLF |
| Plaintiffs, | |
| v. | **ORDER DIRECTING PLAINTIFF TO FILE PRELIMINARY APPROVAL MOTION OR STATUS REPORT RE SETTLEMENT BY MAY 12, 2023** |
| ONEPLUS USA CORP., | |
| Defendant. | |

On December 14, 2022, the Court granted the parties' stipulated request to vacate all deadlines and stay the case while they finalize a class action settlement. *See* ECF 59. The Court expected that a motion for preliminary approval of class action settlement would be filed shortly thereafter, and it directed the parties to file a joint status report by March 10, 2023 if such motion had not yet been filed. *See id.*

On March 10, 2023, the parties filed a joint status report indicating that they expect to finalize the class action settlement agreement soon and requesting that the case remain stayed. A month has passed without further activity in the case. Plaintiff SHALL file a motion for preliminary approval of class action settlement, or a status report re settlement, by May 12, 2023.

**IT IS SO ORDERED.**

Dated: April 11, 2023

_____
BETH LABSON FREEMAN
United States District Judge