UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC WADE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ONEPLUS USA CORP.,<br><br>    Defendant. | Case No. 21-cv-05811-BLF<br><br>**ORDER EXTENDING STAY PENDING FILING OF PELIMINARY APPROVAL MOTION OR FURTHER STATUS UPDATE**<br><br>[Re: ECF 63] |

On December 14, 2022, the Court granted the parties' stipulated request to vacate all deadlines and stay the case while they finalize a class action settlement. *See* ECF 59. On April 11, 2023, the Court extended the stay and directed Plaintiff to file a motion for preliminary approval of class action settlement, or a status report, by May 12, 2023. *See* ECF 62. On May 12, 2023, the parties filed a joint status report indicating that the settlement agreement is in draft but has not yet been signed. *See* ECF 63.

The stay is EXTENDED through July 20, 2023 or until a motion for preliminary approval of class action settlement is filed, whichever is sooner. A status update SHALL be filed by July 20, 2023 if a motion for preliminary approval is not filed before that date.

**IT IS SO ORDERED.**

Dated: May 15, 2023

_____
BETH LABSON FREEMAN
United States District Judge