| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (State Bar No. 322946)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>ndeckant@bursor.com<br>slitteral@bursor.com<br><br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>Gary M. Klinger (*pro hac vice*)<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>gklinger@milberg.com<br><br>*Attorneys for Plaintiffs* | **MORGAN, LEWIS & BOCKIUS LLP**<br>Molly Moriarty Lane (SBN 149206)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel:   +1.415.442.1000<br>Fax:   +1.415.442.1001<br>molly.lane@morganlewis.com<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Veronica J. Lew (*admitted pro hac vice*)<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Tel:   + 1.713.890.5000<br>Fax:   + 1.713.890.5001<br>veronica.lew@morganlewis.com<br><br>*Attorneys for Defendant*<br>*OnePlus USA Corp.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC WADE, KRISTOPHER PACHECO, QUINN HAINE, MARLON SIGUENZA, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>     v.<br><br>ONEPLUS USA CORP.<br><br>               Defendant. | Case No. 5:21-cv-05811-BLF<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>SAC Filed: October 3, 2022<br>Judge: Hon. Beth Labson Freeman |

1                                                                                                                    Case No. 5:21-cv-05811-BLF
STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)

IT IS HEREBY STIPULATED by and between Plaintiffs Eric Wade, Kristopher Pacheco, Quinn Haine, and Marlon Siguenza and Defendant OnePlus USA Corp. (collectively, "the Parties"), by and through their respective counsel of record, that this entire case be and hereby is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal. All parties that have appeared in this action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: 6/30/2023                                         Respectfully submitted,

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By: *Gary M. Klinger*
     Gary M. Klinger
     *Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Molly Moriarty Lane*
     Molly Moriarty Lane
     *Attorneys for Defendant*

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

*/s/ Molly Moriarty Lane*
Molly Moriarty Lane